■ In the Matter of GEORGE CHAMBERLAIN, as President of DWD, Inc., Appellant, v PLANNING BOARD FOR THE TOWN OF PERINTON et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly determined that this CPLR article 78 proceeding was not

commenced within 30 days from the filing of the Planning Board's decision *(see,* Town Law § 282; *Matter of King v Chmielewski,* 76 NY2d 182, 186). Filing of the notice of petition and petition with the court does not commence the proceeding. An article 78 proceeding against a planning board is commenced by service of the notice of petition and petition pursuant to CPLR 312 or 312-a *(see,* CPLR 403 [c]; *Matter of Lebow v Village of Lansing Planning Bd.,* 151 AD2d 865, 866). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Article 78.) Present—Denman, P. J., Green, Balio and Fallon, JJ.